# Exhibit 1



| | | |
|---|---|---|
| Indian Wells<br>(760) 568-2611 | **Best Best & Krieger** LLP<br>ATTORNEYS AT LAW | Ontario<br>(909) 989-8584 |
| Irvine<br>(949) 263-2600 | | Sacramento<br>(916) 325-4000 |
| Los Angeles<br>(213) 617-8100 | 3880 Lemon Street, Suite 110, P.O. Box 1028, Riverside, CA 92502<br>Phone: (951) 686-1450 | Fax: (951) 686-3083 | www.bbklaw.com | San Diego<br>(619) 525-1300 |
| Manhattan Beach<br>(310) 643-8448 | | Walnut Creek<br>(925) 977-3300 |
| | | Washington, DC<br>(202) 785-0600 |

**Rikesha Lane**
(951) 826-8356
rikesha.lane@bbklaw.com
File No. 82073.00366

June 5, 2020

**BY EMAIL ONLY**

Maureen F. Gorsen, Esq.
Alston & Bird
maureen.gorsen@alston.com

   Re: Records Request

Dear Ms. Gorsen:

  I represent the Elk Grove Unified School District and have been asked by the District to follow up with you about recent correspondence related to District student, ▇▇▇▇▇▇▇. We have followed up to investigate whether there are additional documents that were not provided to you electronically on April 30, 2020. The District has located additional records that are responsive to your request; specifically, those related to the District's investigation of the allegations of sexual assault. Those records, which have been redacted in accordance with the Family Educational Rights and Privacy Act (FERPA), are attached to this correspondence.

  Your letter of May 13, 2020 suggests that the District has been on notice of sexual assault allegations since September, 2019. I am interested in considering information you may have to the contrary so that our conversations can continue to be productive. I am not aware of any information to suggest that staff at Capitol Elementary Non-Public School or District staff were aware of any allegations of sexual assault in September 2019, or that any such allegations were discussed at the November 5, 2019 IEP meeting. It is my understanding that at the November 5, 2019 IEP meeting, the team discussed Student's initiation of increasingly sexualized behaviors, including ▇▇▇▇ interactions with the occupational therapist earlier that day. These behaviors were not allegations of sexual assault, but rather, the team shared concerns that ▇▇▇ was using inappropriate language with peers and adults.

  The District appears to have been first notified of sexual assault allegations during a telephone conversation between ▇▇▇▇▇▇▇▇▇▇ and District Program Specialist Marilyn Delgado on or about January 30, 2020. During this conversation, ▇▇▇▇▇▇ shared with Ms. Delgado that Student made allegations of sexual assault. Ms. Delgado advised Parent to immediately call the police. Capitol Elementary staff were first notified of the allegations when an officer from the Sacramento Police Department (SPD) arrived at Capitol Elementary on January 30, 2020 as part of the police investigation at approximately 4:00 p.m.



Maureen Gorsen, Esq.
June 5, 2020
Page 2

      Because students had been dismissed for the day, SPD questioned the staff and the District provided directory information for the two students named in the allegations.  Capitol Elementary staff immediately emailed the District and the next day investigated the incident by speaking with staff in the classroom who may have witnessed any inappropriate incidents.  Both Capitol Elementary's investigation and SPD's investigation determined that the allegations were unfounded.  Neither the District nor Capitol Elementary ever received a copy of the police report.

      We do not have information to suggest a separate investigation through the District's Uniform Complaint Procedure was required.  We do not have any record nor any information that a written UCP complaint was filed on ▮▮▮▮ behalf.  Please let me know if you are aware of different information.  Your letter also raises concerns of bullying.  As of the date of this letter, the District is not aware of any allegations of bullying involving ▮▮▮▮, however we want to make sure any such concerns are addressed.  ▮▮▮▮▮▮▮▮ is invited to contact Capitol staff or Ms. Delgado directly to discuss concerns about bullying.  I will also give you a call next week to follow up to ensure you received this letter and attached documents, as well as to further discuss ▮▮▮▮▮▮▮▮ current concerns.

      If you have any questions regarding the contents of this correspondence, please contact me by email at rikesha.lane@bbklaw.com or by telephone on my work cell phone at (951) 205-0283.

      Sincerely,

      Rikesha Lane
      for BEST BEST & KRIEGER LLP

Enclosures: Additional Records as of June 5, 2020

cc:    District and Capitol Administrators