# Exhibit 2



5700 13th Avenue
Sacramento, CA 95820
Phone (916) 374-5400
Fax (916) 374-5401

To whom it may concern,

The first time I heard about the alleged sexual assaulted/rape of ████████ was on Jan. 30, 2020 at approximately 4:00pm when a police officer came to the school to get a statement about the program and the incident.

I answered all questions, explained the nature of our program and I showed the police officer her classroom and the campus. I called my Executive Director, Ira Ross and explained the situation.  I then emailed EGUSD to notify them of the situation, the same day on 1/30/2020.

The following day, I spoke to all the staff that work in the classroom with ████. They told me that nothing could have happened because the 2 students that she alleged did this do not even like her and are not in close proximity to her in the classroom or anywhere on campus. They also stated that they always keep an awfully close eye on ████ on the school campus and she uses the restroom by herself with no one else in there. I also explained to the staff that they may be asked some questions by the police. I also told the staff to continue to be sure that the 2 students that she was alleging did this to keep them as far as possible from her and to notify me if they see anything.

The police came out to the school again and asked me a couple more questions about the programs supervision. I do not recall if they spoke to anyone else.

I received a phone call at the school a couple weeks later and the police officer told me the findings of the allegations were unfound.

The original report# ████
Call# ████
Jensen Badge # ████


-Ms. Taber

**Angelica Taber**
*Director*
Capitol Elementary
5700 13th Avenue
Sacramento, CA 95820
Phone (916) 374-5400
Fax (916) 374-5401