Maureen Gorsen (State Bar No. 170158)
**ALSTON & BIRD LLP**
1121 L Street, Suite 700
Sacramento, CA 95814
Telephone: 916-498-3305
E-mail: maureen.gorsen@alston.com

Katherine G. Rubschlager (State Bar. No 328100)
**ALSTON & BIRD LLP**
1850 University Ave, Suite 430
East Palo Alto, CA  94303
Telephone:  650-838-2000
Facsimile:  650-838-2001
E-mail:  katherine.rubschlager@alston.com

Lane B. Zuraw (State Bar. No 331774)
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA  94105
Telephone:  415-243-1000
Facsimile:  415-243-1001
E-mail:  lane.zuraw@alston.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian ad Litem Tiffany Roe,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Elk Grove Unified School District, et al.,<br><br>　　　　　Defendants. | Case No.:  2:20-cv-02296-KJM-AC<br><br>**ORDER TO STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

1   Having read the STIPULATION FOR EXTENSION OF TIME TO ANSWER
2   COMPLAINT, the Court hereby grants Defendants Elk Grove Unified School District, Marilyn
3   Delgado, Capitol Elementary School, Inc. and Ira Ross an extension of time to file its response to the
4   Complaint, until January 19, 2021.
5   IT IS SO ORDERED, this 6th day of January, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE