Katherine G. Rubschlager (State Bar No. 328100)
**ALSTON & BIRD LLP**
1950 University Avenue, Suite 430
East Palo Alto, CA  94303
Telephone:     650-838-2000
Facsimile:     650-838-2001
E-mail: katherine.rubschlager@alston.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian ad Litem Tiffany Roe,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Elk Grove Unified School District, Capitol Elementary School, Inc., Marilyn Delgado, and Ira Ross, as individuals, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 2:20-cv-2296 KJM AC<br><br>**ORDER GRANTING PLAINTIFF'S AND HER GUARDIAN AD LITEM'S AMINISTRATIVE MOTION  TO PROCEED UNDER PSEUDONYMS** |

Before the Court is Plaintiff's and her *Guardian Ad Litem's* Administrative Motion to Proceed Under Pseudonyms ("Motion"). After consideration of the Motion and for good cause appearing, the Motion is GRANTED to protect the identity of Plaintiff and:

1) Plaintiff may proceed in this litigation under the pseudonym Camille Roe;

2) Plaintiff's *guardian ad litem* may proceed under the pseudonym Tiffany Roe;

3) Plaintiff and her *guardian ad litem* may redact their names from all papers filed in this litigation;

4) Defendants are ORDERED to use Camille Roe and Tiffany Roe to identify Plaintiff and her *guardian ad litem*, respectively, in this litigation, redact their names from any exhibits, and to not publicly disclose their identities.

5) Plaintiff and her *guardian ad litem* are ORDERED to reveal their true identities to Defendants and the Court through an attorney declaration filed under seal within seven (7) days of this order.

IT IS SO ORDERED,

Dated:    March 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE