UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian ad Litem, Tiffany Roe,<br><br>Plaintiffs,<br><br>v.<br><br>Elk Grove Unified School District, et al.,<br><br>Defendants. | No. 2:20-cv-02296-KJM-AC<br><br>ORDER |

The parties in this action jointly request to modify the Rule 16 scheduling order by delaying all pretrial deadlines by several months. ECF No. 29. The parties explain only that the change is necessary "to allow [them] to continue factual discovery, permit timely disclosure of experts, and prepare and file any dispositive motions, if necessary." A scheduling order may not be modified without "good cause." Fed. R. Civ. P. 16(b)(4). The court cannot ascertain the reasons for the parties' request and whether it is supported by good cause. The request is thus **denied without prejudice to renewal with a showing of good cause**.

This order resolves ECF No. 29.

IT IS SO ORDERED.

DATED: February 11, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE