1 | CAROL LYNN THOMPSON (SBN 148079)
**SIDLEY AUSTIN LLP**
2 | 555 California Street, Suite 2000
San Francisco, CA 94104
3 | T: (415) 772-1291 / F: (415) 772-7400
4 | Email: cthompson@sidley.com

5 | MAUREEN F. GORSEN (SBN 170158)
**SIDLEY AUSTIN LLP**
6 | 1900 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
7 | T: (310) 595-9644 / F: (415) 772-7400
Email: mgorsen@sidley.com
8
*Attorneys for Plaintiff*
9
CYNTHIA G. LAWRENCE (SBN 148924)
10 | SHANNON L. KNORR (SBN 300399)
**SIMS, LAWRENCE & BROGHAMMER**
11 | 2261 Lava Ridge Court
Roseville, CA 95661
12 | T: (916) 797-8881 / F: (916) 253-1544
Email: cynthia@sims-law.net /
13 |          shannon@sims-law.net

14 | *Attorneys for Defendants Capitol Elementary
School, Inc., and Ira Ross*
15
RICHARD S. LINKERT (SBN 88756)
16 | MADISON M. SIMMONS (SBN 292185)
**MATHENY SEARS LINKERT & JAMIE, LLP**
17 | 3638 American River Drive
Sacramento, CA 95864
18 | T: (916) 978-3434 / F: (916) 978-3430
Email: rlinkert@mathenysears.com
19 |          msimmons@mathenysears.com
             swoolston@mathenysears.com
20
*Attorneys for Defendants Elk Grove Unified
21 | School District and Marilyn Delgado*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian Ad Litem, TIFFANY ROE, <br><br> Plaintiff, <br><br> vs. | Case No. 2:20-CV-02296-KJM-AC <br><br> **STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES SET FORTH IN COURT'S MARCH 25, 2021 MINUTE ORDER** |

-1-

ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO and IRA ROSS, as individuals, and DOES 1 to 10,

Defendants.

IT IS HEREBY STIPULATED AND AGREED by all parties to the above-entitled action, by and through their counsel of record, that good cause exists for the extension of the deadlines set forth in the Court's March 25, 2021, Minutes for Scheduling Conference, to allow the parties to continue factual discovery, permit timely disclosure of experts, and prepare and file any dispositive motions, if necessary.

WHEREAS, the parties agree good cause exists on the following grounds: As for Plaintiff's counsel, on or about September 8, 2021, Plaintiff's counsel was substituted out for current counsel, Carol Lynn Thompson. This transition was severely delayed due to various complications with COVID-19 remote workplace hurdles, required additional time to understand the facts of the instant action, and required additional time to respond to and serve written discovery in this action. Therefore, deposition discovery was delayed.

As for counsel for Capitol Elementary School, written discovery was severely delayed due to an inadvertent service error wherein for reasons unknown to counsel for Capitol Elementary School, Plaintiff's counsel did not receive written discovery propounded by Capitol Elementary School to Plaintiff. This service error was not discovered until several weeks after the discovery was propounded (because Capitol Elementary School was awaiting responses). Upon inquiry to Plaintiff's counsel, Plaintiff's counsel advised that it never received the written discovery, thereby requiring re-service and additional time to respond, both per Code of Civil Procedure and professional courtesy extensions. Accordingly, depositions could not commence until receipt of these written discovery responses. Furthermore, counsel for Capitol Elementary School subpoenaed various records regarding Plaintiff's alleged injuries upon receipt of the written discovery. Counsel is awaiting records from Sacramento Police Department (pending issuance of a court order allowing the release of records), as well as several treatment providers (seven at this time), many of whom are requiring Plaintiff's authorization due to Plaintiff's age and the nature of

the requested records. Accordingly, this has delayed discovery and depositions in this case.

As for counsel for Elk Grove Unified School District, responses to written discovery and compilation of documents was delayed due to COVID-19 restrictions and ability to obtain information from relevant individuals. Furthermore, Elk Grove Unified School District is awaiting a ruling on its Motion to File an Amended Answer/ Cross-Complaint, which will subsequently change the scope of discovery in this case to include additional causes of action.

All parties are currently engaged in written discovery and are working diligently to obtain the relevant and necessary documents and records prior to commencing depositions in this case. Upon receipt of the necessary documents and records, depositions will commence.

WHEREAS, the Court's current March 25, 2021, Minutes for Scheduling Conference deadlines are as follows:

1. Factual discovery shall be completed by March 25, 2022;
2. Expert disclosures shall be completed by February 11, 2022;
3. Rebuttal Expert witnesses shall be exchanged by March 11, 2022;
4. All expert discovery shall be completed by July 25, 2022;
5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by August 26, 2022; and
6. The Parties will notify the court whether they request a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP) on or before March 1, 2022.

Accordingly, the parties hereby respectfully request that the above deadlines be extended as follows:

1. Factual discovery shall be completed by October 25, 2022;
2. Expert disclosures shall be completed by January 25, 2023;
3. Rebuttal Expert witnesses shall be exchanged by February 27, 2023;
4. All expert discovery shall be completed by June 27, 2023;

///

5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by September 27, 2023; and

6. The Parties will notify the court whether they request a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP) on or before October 28, 2022.

**IT IS SO STIPULATED.**

Dated: February 7, 2022  **SIDLEY AUSTIN, LLP**

By  */s/ Carol Lynn Thompson*
CAROL LYNN THOMPSON (SBN 148079)
MAUREEN F. GORSEN (SBN 170158)
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
T: (415) 772-1291 / F: (415) 772-7400
Email: cthompson@sidley.com

*Attorneys for Plaintiff*

Dated: March 1, 2022  **MATHENY SEARS LINKERT & JAIME LLP**

By  */s/ Madison M. Simmons*
Madison M. Simmons (SBN 292185)
**MATHENY SEARS LINKERT & JAIME LLP**
3638 American River Drive
Sacramento, CA 95864
T: (916) 978-3434 / F: (916) 978-3430
rlinkert@mathenysears.com

*Attorneys for Defendants*
*EGUSD and Ms. Marilyn Delgado*

/ / /

/ / /

/ / /

/ / /

-4-

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES SET FORTH IN COURT'S MARCH 25, 2021 MINUTE ORDER

Dated: February 7, 2022

**SIMS, LAWRENCE & BROGHAMMER**

By *[signature: Cynthia G. Lawrence]*

Cynthia G. Lawrence (SBN 148927)
Shannon L. Knorr (SBN 300399)
**SIMS LAWRENCE & BROGHAMMER**
2261 Lava Ridge Court
Roseville, CA 95661
T: (916) 797-8881 / F: (916) 253-1544
cynthia@sims-law.net
shannon@sims-law.net

*Attorneys for Defendants*
*Capitol Elementary School, Inc., and Ira Ross*

## ORDER

Upon review of the parties' Stipulated Motion to Continue Deadlines Set Forth in Court's March 25, 2021 Minute Order,

IT IS HEREBY ORDERED:

The parties' Stipulated Motion to Continue Deadlines Set Forth in Court's March 25, 2021 Minute Order is hereby GRANTED. Accordingly, the Court's current deadlines set forth in its March 25, 2021 Minute Order are extended as follows:

1. Factual discovery shall be completed by October 25, 2022;

2. Expert disclosures shall be completed by January 25, 2023;

3. Rebuttal Expert witnesses shall be exchanged by February 27, 2023;

4. All expert discovery shall be completed by June 27, 2023;

5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by October 6, 2023; and

/////

/////

/////

6. The Parties will notify the court whether they request a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP) on or before October 28, 2022.

DATED:  March 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE