UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., | No. 2:20-cv-02296-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Elk Grove Unified School District, et al., | |
| Defendants. | |

Tiffany Roe petitions to be appointed as guardian ad litem for plaintiff C.R. ECF No. 48. Under this District's Local Rules, requests to be appointed guardian ad litem must be made by motion. E.D. Cal. L.R. 202(a). Motions are governed by Local Rule 230 and must be noticed on this court's motion calendar. *See* E.D. Cal. L.R. 230(b). The petition at ECF No. 48 is thus **denied without prejudice to renewal** in compliance with this District's Local Rules.

IT IS SO ORDERED.

DATED: March 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1