CYNTHIA G. LAWRENCE (SBN 148927)
NORMA PEDROZA CHAVEZ (SBN 177736)
SIMS, LAWRENCE & BROGHAMMER
2261 Lava Ridge Court
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
       norma@sims-law.net

Attorneys for Defendant/Cross-Defendant
CAPITOL ELEMENTARY SCHOOL, INC.;
Defendant IRA ROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian Ad Litem, TIFFANY ROE,<br><br>                 Plaintiff,<br><br>   vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO and IRA ROSS, as individuals, and DOES 1 to 10,<br><br>               Defendants. | Case No. 2:20-CV-02296-KJM-AC<br><br>**ORDER TO CONTINUE DEADLINES SET FORTH IN THE COURT'S ORDER DATED AUGUST 2, 2022** |

Upon review of the parties' Stipulated Motion to Continue Deadlines Set Forth in the Court's August 2, 2022 Order (ECF No. 41), IT IS HEREBY ORDERED:

The parties' Stipulated Motion to Continue Deadlines Set Forth in the Court's August 2, 2022 Order is GRANTED. Accordingly, the Court's current deadlines set forth in its August 2, 2022 Order are extended as follows:

    1.    Factual discovery shall be completed by July 25, 2023;

    2.    Expert disclosures shall be completed by October 25, 2023;

    3.    Rebuttal Expert witnesses shall be exchanged by November 27, 2023;

    4.    All expert discovery shall be completed by April 25, 2024;

/////

5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by June 28, 2024;[1] and

6. The Parties will notify the court whether they request a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP) on or before July 28, 2023.

Dated: March 30, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The date proposed by the parties, July 8, 2024, is not a viable hearing date for the court.