MAUREEN F. GORSEN (SBN 170158)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595 9644
Facsimile:  (310) 595 9501
maureen.gorsen@sidley.com

ADRIANE PERALTA (SBN 304357)
TATIANA K. FIELDS (SBN 328976)
SAXON R. CROPPER-SYKES (SBN 335537)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
adriane.peralta@sidley.com
tfields@sidley.com
scroppersykes@sidley.com

WESLEY M. CHAO (SBN 324077)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
wchao@sidley.com

*Attorneys for Plaintiff,*
C.R., by and through her Guardian Ad Litem,
TIFFANY ROE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian Ad Litem, TIFFANY ROE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO and IRA ROSS, as individuals, and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.  2:20-CV-02296-KJM-AC<br><br>Assigned to:  Chief U.S. District Judge Kimberly J. Mueller<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPOINT GUARDIAN AD LITEM FOR PLAINTIFF C.R.** |

**ORDER APPOINTING GUARDIAN AD LITEM**

The Court having considered the Unopposed Motion to Appoint Guardian Ad Litem for Plaintiff C.R. for the appointment of Tiffany Roe as guardian ad litem for C.R. who is a minor and good cause appearing therefore,

IT IS HEREBY ORDERED that Tiffany Roe be appointed as guardian ad litem for C.R., Plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition, to the extent that appointment is necessary. *Compare* Fed. R. Civ. P. 17(c)(1) ("The following representatives may sue or defend on behalf of a minor or an incompetent person: . . . a general guardian . . . ."); *with* Mot. at 3, ECF No. 52 ("Ms. Roe . . . is the legal guardian of Plaintiff.").

DATED: May 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE