1 | MAUREEN F. GORSEN (SBN 170158)
**SIDLEY AUSTIN LLP**
2 | 1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
3 | Telephone: (310) 595-9644
Facsimile: (415) 772-7400
4 | Email: mgorsen@sidley.com

5 | ADRIANE PERALTA (SBN 304357)
**SIDLEY AUSTIN LLP**
6 | 555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013
7 | Telephone: (213) 896-6000
Email: adriane.peralta@sidley.com

8

9 | *Attorneys for Plaintiff C.R., by and through*
*her Guardian Ad Litem, Tiffany Roe*

10 | **(See next page for additional counsel)**

11

**UNITED STATES DISTRICT COURT**

12

**EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  C.R., by and through her Guardian Ad Litem, TIFFANY ROE, | Case No. 2:20-CV-02296-KJM-AC |
| 15                          Plaintiff, | **ORDER TO CONTINUE DEADLINES SET FORTH IN COURT'S ORDER DATED MARCH 31, 2023** |
| 16          vs. | |
| 17  ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO and IRA ROSS, as individuals, and DOES 1 to 10, | |
| 18 | |
| 19 | |
| 20                          Defendants. | |

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

-1-

1    (Additional counsel)

2    CYNTHIA G. LAWRENCE (SBN 148924)
     NORMA PEDROZA CHAVEZ (SBN 177736)
3    **SIMS, LAWRENCE & BROGHAMMER**
     2261 Lava Ridge Court
4    Roseville, CA 95661
     Telephone: (916) 797-8881
5    Facsimile: (916) 253-1544
     Email:  cynthia@sims-law.net
6             norma@sims-law.net

7    *Attorneys for Defendants Capitol Elementary*
     *School, Inc., and Ira Ross*

8
     RICHARD S. LINKERT (SBN 88756)
9    MADISON M. SIMMONS (SBN 292185)
     **MATHENY SEARS LINKERT & JAMIE, LLP**
10   3638 American River Drive
     Sacramento, CA 95864
11   Telephone: (916) 978-3434
     Facsimile: (916) 978-3430
12   Email: rlinkert@mathenysears.com
              msimmons@mathenysears.com
13
     *Attorneys for Defendants Elk Grove Unified*
14   *School District and Marilyn Delgado*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Upon review of the Parties' Stipulated Motion to Continue Deadlines Set Forth in Court's March 31, 2023 Order, IT IS HEREBY ORDERED:

The Parties' Stipulated Motion to Continue Deadlines Set Forth in Court's March 31, 2023 Minute Order is hereby GRANTED. Accordingly, the Court's current deadlines set forth in its March 31, 2023 Minute Order are extended as follows:

1. Factual discovery shall be completed by October 25, 2023;

2. Expert disclosures shall be completed by January 25, 2024;

3. Rebuttal expert witnesses shall be exchanged by February 27, 2024;

4. All expert discovery shall be completed by July 25, 2024;

5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by September 20, 2024; and

6. The Parties shall conduct a mediation in good faith by August 31, 2023, held by a mediator agreed upon by the Parties.

**IT IS SO ORDERED.**

Dated:  July 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE