Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MADISON M. SIMMONS, ESQ. (SBN 292185)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430
Email: rlinkert@mathenysears.com
       msimmons@mathenysears.com

Attorneys for Defendant, ELK GROVE UNIFIED SCHOOL DISTRICT and MARILYN DELGADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian ad Litem Tiffany Roe,<br><br>Plaintiff,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO, and IRA ROSS, as individuals, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:20-cv-02296-KJM-AC<br><br>**ORDER TO WITHDRAW AND SEAL FROM PUBLIC DOMAIN UNREDACTED DECLARATION AND REPLACE WITH REDACTED VERSION**<br><br>ACTION FILED:  June 6, 2022 |

Upon review of the parties' Stipulated Motion to Withdraw and Seal from Public Domain Unredacted Declaration and Replace with Redacted Version, and for good cause shown,

IT IS HEREBY ORDERED:

1. That, pursuant to Eastern District Local Rule 141, good cause exists to protect identifying information related to the Plaintiff in this matter, a minor,

2. That, in accordance with said protections, ECF #67(3), DECLARATION OF RICHARD S. LINKERT IN SUPPORT OF DEFENDANTS ELK GROVE UNIFIED SCHOOL DISTRICT AND MARILYN DELGADO'S MOTION FOR PARTIAL SUMMARY JUDGMENT and its corresponding exhibits shall be withdrawn and sealed from the public domain.

3   That a redacted version of the DECLARATION OF RICHARD S. LINKERT IN SUPPORT OF DEFENDANTS ELK GROVE UNIFIED SCHOOL DISTRICT AND MARILYN DELGADO'S MOTION FOR PARTIAL SUMMARY JUDGMENT and its corresponding exhibits shall replace ECF #67(3), and that said replacement has already been filed and is reflected on the Court docket as ECF #68.

**IT IS SO ORDERED**

Dated: December 5, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE