Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
MADISON M. SIMMONS, ESQ. (SBN 292185)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430
Email: rlinkert@mathenysears.com
       msimmons@mathenysears.com

Attorneys for Defendant, ELK GROVE UNIFIED SCHOOL DISTRICT and MARILYN DELGADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian ad Litem Tiffany Roe,<br><br>Plaintiff,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO, and IRA ROSS, as individuals, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:20-cv-02296-KJM-AC<br><br>[~~PROPOSED~~]<br><br>**ORDER TO SEAL PORTIONS OF DEFENDANT ELK GROVE UNIFIED SCHOOL DISTRICT AND MARILYN DELGADO'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS FROM PUBLIC VIEW**<br><br>ACTION FILED: June 6, 2022 |

Upon review of the parties' Stipulated Motion to Seal from Public Domain portions of Defendants Elk Grove Unified School District and Marilyn Delgado's opposition to the Motion for Sanctions filed by Doe C.R., and for good cause shown,

IT IS HEREBY ORDERED:

1.   That, pursuant to Eastern District Local Rule 141, good cause exists to protect identifying information related to the Plaintiff in this matter, a minor,

2.   That in accordance with said protections, that in opposition to the Motion for Sanctions filed by Plaintiff C.R., Defendants Elk Grove Unified School District may file redacted exhibits in opposition to the Motion for Sanctions that is available for public view, and lodge with

1

*[PROPOSED] ORDER TO SEAL PORTIONS OF DEFENDANT ELK GROVE UNIFIED SCHOOL DISTRICT AND MARILYN DELGADO'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS FROM PUBLIC VIEW*

the Court, and serve on the parties hereto, unredacted versions of the Exhibits.

**IT IS SO ORDERED**

Dated: June 6, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*[PROPOSED] ORDER TO SEAL PORTIONS OF DEFENDANT ELK GROVE UNIFIED SCHOOL DISTRICT AND MARILYN DELGADO'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS FROM PUBLIC VIEW*