CYNTHIA G. LAWRENCE (SBN 148927)
NORMA PEDROZA CHAVEZ (SBN 177736)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
norma@sims-law.net
SLB-eservice@sims-law.net

Attorneys for Defendant/Cross-Defendant
CAPITOL ELEMENTARY SCHOOL, INC.;
Defendant IRA ROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian Ad Litem, TIFFANY ROE,<br><br>Plaintiff,<br><br>vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO and IRA ROSS, as individuals, and DOES 1 to 10,<br><br>Defendants. | Case No. 2:20-CV-02296-KJM-AC<br><br>**ORDER CONTINUING EXPERT DISCOVERY DEADLINE SET FORTH IN THE COURT'S ORDER DATED JULY 11, 2023 (Docket No. 60)** |

Upon review of the parties' Stipulated Motion to Continue Expert Discovery Deadlines Set Forth in Court's July 11, 2023 Order (Docket No. 60), IT IS HEREBY ORDERED:

The parties' Stipulated Motion to Continue the Expert Discovery Deadline Set Forth in Court's July 11, 2023 Order is hereby GRANTED. Accordingly, the Court's current expert discovery deadline set forth in its July 11, 2023 Order is extended as follows:

1. All expert discovery shall be completed by August 30, 2024.

DATED: July 18, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE