CYNTHIA G. LAWRENCE (SBN 148927)
NORMA PEDROZA CHAVEZ (SBN 177736)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
       norma@sims-law.net
       SLB-eService@sims-law.net

Attorneys for Defendant/Cross-Defendant
CAPITOL ELEMENTARY SCHOOL, INC.;
Defendant IRA ROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian Ad Litem, TIFFANY ROE,<br><br>Plaintiff,<br><br>vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO and IRA ROSS, as individuals, and DOES 1 to 10,<br><br>Defendants. | No. 2:20-cv-02296-KJM-AC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS LEAVE TO REPLY |

Defendants CAPITOL ELEMENTARY SCHOOL, INC., ("CES") and IRA ROSS ("defendants") request for leave to file a reply to plaintiff's opposition to defendants' motion to compel is GRANTED.  Within five days of the date of this order defendants shall file a reply brief of no more than five pages in length.

IT IS SO ORDERED.

Date: August 6, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE