MAUREEN F. GORSEN (SBN 170158)
TATIANA K. FIELDS (SBN 328976)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
maureen.gorsen@sidley.com
tfields@sidley.com

SEAN A. COMMONS (SBN 217603)
ADRIANE PERALTA (SBN 304357)
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
scommons@sidley.com
adriane.peralta@sidley.com
jessie.joyce@sidley.com

MAHA IBRAHIM (SBN 309371)
EQUAL RIGHTS ADVOCATES
611 Mission Street, Floor 4
San Francisco, CA 94105
Telephone: (415) 621-0672
mibrahim@equalrights.org

*Attorneys for Plaintiff C.R., by and through her Guardian Ad Litem, TIFFANY ROE*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian Ad Litem, TIFFANY ROE,<br><br>Plaintiff,<br><br>vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO and IRA ROSS, as individuals, and DOES 1 to 10,<br><br>Defendants. | Case No. 2:20-CV-02296-KJM-AC<br><br>Assigned to: Chief U.S. District Judge Kimberly J. Mueller; Magistrate Judge Allison Claire<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

**ORDER**

Upon consideration of Plaintiff C.R.'s, by and through her *Guardian Ad Litem*, Tiffany Roe, Request to Seal Documents (the "Request"), and for good cause appearing,

IT IS HEREBY ORDERED:

1. That, pursuant to Eastern District Local Rule 141, good cause exists to grant the Request, which seeks to protect sensitive information about a minor and her guardian; and

2. That, in accordance with the Request, Plaintiffs shall file under seal, lodge with the Court, and serve on defendants unredacted versions of the four documents identified in the Request.

**IT IS SO ORDERED**.

Dated: August 6, 2024

_____
HONORABLE ALLISON CLAIRE
United States Magistrate Judge