SEAN COMMONS (SBN 217603)
ADRIANE PERALTA (SBN 304357)
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
adriane.peralta@sidley.com
scommons@sidley.com

MAHA IBRAHIM (SBN 309371)
EQUAL RIGHTS ADVOCATES
611 Mission Street, Floor 4
San Francisco, CA 94105
Telephone: (415) 621-0672
mibrahim@equalrights.org

*Attorneys for Plaintiff C.R., by and through her Guardian Ad Litem, Tiffany Roe*

**(See next page for additional counsel)**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian Ad Litem, TIFFANY ROE,<br><br>Plaintiff,<br><br>vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO and IRA ROSS, as individuals, and DOES 1 to 10,<br><br>Defendants. | Case No. 2:20-CV-02296-KJM-AC<br><br>**ORDER GRANTING STIPULATED BRIEFING SCHEDULE** |

///
///
///
///
///
///
///

(Additional counsel)

CYNTHIA G. LAWRENCE (SBN 148924)
NORMA PEDROZA CHAVEZ (SBN 177736)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
cynthia@sims-law.net
norma@sims-law.net
blaze@sims-law.net
SLB-eService@sims-law.net

*Attorneys for Defendants Capitol Elementary School, Inc. and Ira Ross*

RICHARD S. LINKERT (SBN 88756)
MADISON M. SIMMONS (SBN 292185)
MATHENY SEARS LINKERT & JAMIE, LLP
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430
rlinkert@mathenysears.com
msimmons@mathenysears.com

*Attorneys for Defendants Elk Grove Unified School District and Marilyn Delgado*

Upon review of the Parties' Stipulated Briefing Schedule, and for good cause shown, IT IS HEREBY ORDERED:

1. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be filed by August 23, 2024;

2. All oppositions shall be filed by September 20, 2024; and

3. All replies shall be filed by October 10, 2024.

**IT IS SO ORDERED.**

Dated: August 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE