UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R. by and through her Guardian ad Litem, Tiffany Roe,<br><br>Plaintiff,<br><br>v.<br><br>Elk Grove Unified School District, et al.,<br><br>Defendants. | No. 2:20-cv-02296-KJM-AC<br><br>ORDER |

Defendants Marilyn Delgado and Elk Grove Unified School District have sought partial summary judgment on their crossclaims against defendant Capitol Elementary School. ECF No. 67. The court previously took the matter under submission without holding a hearing unless the court determined oral argument was needed. Min. Order, ECF No. 82. Having reviewed the briefing and record, the court finds oral arguments are needed. A hearing on the pending motion is therefore set for **November 7, 2024 at 10:00 a.m.** before the undersigned.

IT IS SO ORDERED.

DATED: October 3, 2024.

UNITED STATES DISTRICT JUDGE