SEAN A. COMMONS (SBN 217603)
ADRIANE PERALTA (SBN 304357)
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
scommons@sidley.com
adriane.peralta@sidley.com

MAHA IBRAHIM (SBN 309371)
EQUAL RIGHTS ADVOCATES
611 Mission Street, Floor 4
San Francisco, CA 94105
Telephone: (415) 621-0672
mibrahim@equalrights.org

*Attorneys for Plaintiff C.R., by and through her Guardian Ad Litem, TIFFANY ROE*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., by and through her Guardian Ad Litem, TIFFANY ROE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, CAPITOL ELEMENTARY SCHOOL, INC., MARILYN DELGADO and IRA ROSS, as individuals, and DOES 1 to 10,<br><br>    Defendants. | Case No.  2:20-CV-02296-KJM-AC<br><br>Assigned to: U.S. District Judge Kimberly J. Mueller<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

# **ORDER**

Upon consideration of Plaintiff C.R.'s, by and through her *Guardian Ad Litem*, Tiffany Roe, Request to Seal Documents (the "Request"), and for good cause appearing,

IT IS HEREBY ORDERED:

1. That, pursuant to Eastern District Local Rule 141, good cause exists to grant the Request, which seeks to protect sensitive information about a minor and her guardian; and

2. That, in accordance with the Request, Plaintiff shall file under seal, lodge with the Court, and serve on Defendants unredacted versions of the documents identified in the Request.

**IT IS SO ORDERED**.

Dated:  November 7, 2024.

_____
UNITED STATES DISTRICT JUDGE