# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R. by and through her Guardian Ad Litem, Tiffany Roe<br><br>Plaintiff,<br><br>v.<br><br>Elk Grove Unified School District et al.,<br><br>Defendants. | No. 2:20-cv-02296 KJM AC<br><br>ORDER |

The court **denies without prejudice** the parties' stipulated request to move the final pretrial conference from June 26, 2025, to September 25, 2025.  *See* ECF No. 155.  Any renewed request must satisfy good cause by including a reason why Cynthia Lawrence or another defense attorney who will try the case is unavailable on June 26, 2025,[1] and/or a reason why the parties cannot reschedule the final pretrial conference for a date in July or August 2025, or otherwise earlier than September 25, 2025.

While the court notes the parties' estimate of the length of trial included in their request, the court expects the parties to provide all the information required in a complete and timely joint final pretrial statement to allow the court to make its own determination at the final pretrial conference of the time that will be needed to try the case.

IT IS SO ORDERED.

DATED: June 12, 2025.

SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court acknowledges Mr. Van Dine's notice of his unavailability filed on February 7, 2025.  ECF No. 149.

1