**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.R., a minor through guardian ad litem Tiffany Roe,<br><br>Plaintiff,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:20-cv-2296-ICD<br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. This matter has been resolved by way of a settlement and, on June 26, 2026, the Court issued an order approving creation of funding of a special needs trust to effectuate the settlement. ECF No. 193. The Court directed that dispositional documents be submitted within 45 days of the date of payment of settlement proceeds. Id. at 8. To date, several months have passed and dispositional documents have not been submitted as directed. The parties are ordered to file a joint report within 14 days advising the Court on the status of preparation and submission of dispositional documents.

IT IS SO ORDERED.

Dated: **September 16, 2026**

UNITED STATES MAGISTRATE JUDGE